# United States Court of Appeals

FOR THE

## SECOND CIRCUIT

————————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of May, two thousand twenty-six.

Before:

    Amalya L. Kearse,
    Richard J. Sullivan,
    Beth Robinson,
       *Circuit Judges*.

———————————————————————

Mohamed Irshan Mohamed Sufiyan,

    *Petitioner*,

    v.

Todd Blanche,

    *Respondent*.

**ORDER**

No. 22-6392

———————————————————————

The Government moves to amend the Opinion issued on March 12, 2026. Sufiyan does not object to the specific amendment requested by the Government.

IT IS HEREBY ORDERED that the motion is GRANTED IN PART as reflected in the amended Opinion issued simultaneous with this Order.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

